VAN–019 Deficiency Notice – Rev. 06/16/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Antonio Miguel Carbonell
 *( debtor has no known aliases )*

3101 Gregory Manor Court
Cary, NC 27518

CASE NO.: 08–08525–8–ATS

DATE FILED: November 29, 2008

CHAPTER: 7

DEFICIENCY NOTICE

The above referenced petition has been filed. In order for the case to be administered, it is necessary that the item(s) described below be filed by ***December 15, 2008*** .

Schedules A–J
Statement of Affairs
Statement of Current Monthly Income

Pursuant to §521(i)(1) of the Bankruptcy Code, this case may be automatically dismissed effective on the 46th day after the date of the filing of the petition if the above listed deficiency is not corrected. Should the case be dismissed and the debtor(s) file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay.

The Statement of Intent must be filed by ***December 29, 2008*** .

The Disclosure of Compensation must be filed by ***December 15, 2008*** .

The Summary of Schedules & Statistical Summary of Certain Liabilities and Related Data must be filed by ***December 15, 2008*** .

Pursuant to Bankruptcy Rule 1008, all petitions, lists, schedules, statements, and amendments should be verified or contain an unsworn declaration as provided in 28 U.S.C. 1746.

The three day mailing period as provided for under Rule 9006(f), Federal Rules of Bankruptcy Procedure, does not apply.

DATED: December 1, 2008

Shelia Morris
Deputy Clerk